# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MATTHEW WALKER,

        Plaintiff,

v.

AFNI, INC., D.A.S.I., INC., SPRINT SPECTRUM L.P. and TRANS UNION LLC,

        Defendants.

        /

CASE NO.: 8:21-CV-02337-WFJ-JSS

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR TRANS UNION LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, pursuant to Fed. R. Civ. P. 6(b)(1), files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and would respectfully show the Court as follows:

1. Plaintiff filed his Complaint on August 4, 2021, in the County Court of the Thirteenth Judicial Circuit, Hillsborough County, Florida. Trans Union was served with Plaintiff's Complaint on September 14, 2021.

2. On October 4, 2021, Trans Union filed its Notice of Removal to this Court. Trans Union's response to the Complaint is due on October 11, 2021.

3. Trans Union's time to plead in response to the Complaint has not yet expired.

5138393.2

4. The allegations in Plaintiff's Complaint date back to October 2019 and relate to one inquiry allegedly reporting on Plaintiff's credit file. Trans Union needs additional time to locate and assemble documents relating to Plaintiff's credit file, any disputes submitted by Plaintiff, and Trans Union's reinvestigation of any such disputes. In addition, Trans Union's counsel will need additional time to review and analyze Trans Union's documents so that it may respond to the specific allegations contained in Plaintiff's Complaint.

5. On October 11, 2021, counsel for Trans Union conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension and Plaintiff's counsel does not oppose Trans Union's request for a 30-day extension of time in which to answer or otherwise respond to the Complaint, up to and including November 10, 2021.

6. This request for an extension of time is not made for any improper purpose and will not prejudice the orderly administration of this matter.

7. No party would be prejudiced by the extension. The case was recently filed and no substantive activities have taken place.

8. Trans Union does not request oral argument on the Motion.

WHEREFORE, Defendant Trans Union, by counsel, hereby requests that the Court enter an Order (1) granting its Unopposed Motion for an Extension of Time; (2) providing Trans Union with an extension of time to file its responsive pleadings

5138393.2

to the Complaint until on or before November 10, 2021; and (3) awarding Trans Union such further relief as the Court deems appropriate.

                Respectfully submitted,

                */s/ Charlotte Long*
                Charlotte Long
                Florida Bar No. 0112517
                clong@qslwm.com
                Quilling, Selander, Lownds
                Winslett & Moser, P.C.
                6900 N Dallas Parkway, Suite 800
                Plano, TX 75024
                (214) 560-5461
                (214) 871-2111 Fax
                **Counsel for Trans Union LLC**

## **LOCAL RULE 3.01(g) CERTIFICATION**

I hereby certify that, on October 11, 2021, Counsel for Trans Union has conferred with Counsel for Plaintiff, regarding the merits of this Motion. Plaintiff's counsel is unopposed to Trans Union's request for a 30-day extension of time in which to answer or otherwise respond to the Complaint, up to and including November 10, 2021.

*/s/ Charlotte Long*
**CHARLOTTE LONG**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October 2021, the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Thomas M. Bonan
tbonan@seraphlegal.com
Seraph Legal, P.A.
1614 N 19th Street
Tampa, FL 33605
(813) 567-1230
(855) 500-0705 Fax
***Counsel for Plaintiff***

                                          */s/ Charlotte Long*
                                          **CHARLOTTE LONG**

5138393.2